BEFORE THE THIRD DIVISION, FEBRUARY 25, 1952

**No. 56421.**—William C. Mackay, Special Administrator of the Estate of William Fraser Mackay *v.* United States, protest 139960–K (Pembina).

Opinion by EKWALL, J. In accordance with stipulation of counsel that the merchandise consists of raw skins similar in all material respects to those the subject of Abstract 41327, the claim for free entry under paragraph 1765 was sustained.